[No. 52476-3-I.  Division One.  November 15, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL JOSEPH FROST, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-01401-4, Michael F. Moynihan, J., entered June 5, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Becker, JJ.

[No. 52535-2-I.  Division One.  November 15, 2004.]

NIELSEN BROTHERS, INC., ET AL., *Respondents*, v. SOLID TRADING, LTD., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-2-00756-2, David A. Nichols, J., entered May 16, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid and Schindler, JJ.

[No. 52640-5-I.  Division One.  November 15, 2004.]

SONNY THOMPSON *as Personal Representative*, ET AL., *Appellants*, v. FARMERS INSURANCE COMPANY OF WASHINGTON *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-04927-1, George N. Bowden, J., entered November 13, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Agid and Appelwick, JJ.

[No. 52847-5-I.  Division One.  November 15, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. ROY MANSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08912-3, Cheryl B. Carey, J., entered July 31, 2003. *Affirmed* by unpublished per curiam opinion.